IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 FEB 16 PM 4:03

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Nicholas Thomas Berring-Billman
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:   PRISONER # 75902-061

vs.

U.S. Penitentiary Hazelton
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

2:21 cv 681

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

Unit S.H.U. First Shift (8am-4pm) Staff
Unit B-01 First Shift (8am-4pm) Staff

Judge Watson

MAGISTRATE JUDGE VASCURA

**COMPLAINT**

I.   PARTIES TO THE ACTION:

   PLAINTIFF:   PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

   Nicholas T. Billman #75902-061
   NAME - FULL NAME PLEASE - PRINT

   P.O. Box 2000 / U.S.P. - Hazelton
   ADDRESS: STREET, CITY, STATE AND ZIP CODE

   Bruceton Mills, WV  26525

   Inmate / N/A
   TELEPHONE NUMBER

   IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

   PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

    A.    HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (✓)

    B.    IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

        1.    PARTIES TO THIS PREVIOUS LAWSUIT

            PLAINTIFFS: _____

            DEFENDANTS: _____

        2.    COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

        3.    DOCKET NUMBER

        4.    NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

        5.    DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

        6.    APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

        7.    APPROXIMATE DATE OF THE DISPOSITION

PLACE OF PRESENT CONFINEMENT

United States Penitentiary - Hazelton

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION?
YES (✓) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES ( ) NO (✓)

C. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

2. WHAT WAS THE RESULT?

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

I asked for the form's but no one would bring me them while I requested them. I asked for "COP-outs", BP-8, 9, and 10

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES (✓) NO ( )

F. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

I asked staff in my unit (B-01) to bring me Mental health professionals, a lieutenant, or a Captian. I asked for "COP-OUT", BP 8,9,10 forms.

2. WHAT WAS THE RESULT?

No one came, No one helped, No one answered the "COP-outs".

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. United States Penitentiary-Hazelton
NAMES - FULL NAME PLEASE
Sky View Drive, Bruceton Mills, WV, 26525
ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. The names of the staff are still unknow to me. I've seeked to know them but no one will tell me and staff will not provide a list.

3.

4.

5.

6.

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

#(1.) Another Inmate and myself spent 50+ (Fifty Plus) days in a cell with a broken tolet. We were in a quarantine/Hold over unit. The tolet was faulty and sometimes wouldn't flush. It would leak and sometime have human waste in it for 2-6 hours. At one time we spent 72-90 hours with feces and urine in the tolet and could not flush it. We had to live, eat, sleep, and breathe in a room with feincal matter in the air. I've asked to move to another cell. Asked for Matience, a form to file a Grievance, a lieutenant, and a captian. All pleas went unanswered or we were totally ignored.

#(2) I was going through withdrawl like symtoms from my medications. (Venlafaxine 150mg and Oxcarbazepine 900mg). I was out of myself, dizzy, lighthead, lack of motivation, and felt sick. I was unable to stand for count and was sent to the S.H.U. due to this. I was assisted there where the following happened. I was assaulted and sexually harrassed by staff. I was slapped while in cuffs. Stripped nahed and made fun of and called darogatory names in front of 6-9 staff members at a time. These are some of their statements I can recall. "Stop being a retarded little bitch and act normal, show us

-5-

PG. 5 extention

some respect." "Strip down, and please say you cant so I can come and rip 'em off ya." "You tell people to suck dick, well how about I brake that candy ass jaw of your's and make you suck our dicks." "Pull and strech your penis... Again... Again... Again! Good nasty girl. Now roll your balls around. Good girl. Now bend over for daddy. Spread your asscheeks, wider, spread 'em wider and bend down further. Ooo you a Naughy girl, with your dirty little pink asshole." "Now put them fingers in your slut mouth and move them around. Oo yeah Naughy girl. Now hows that ass and dick taste Faggot!"

And so on, all while 6-9 men egged it on and laughed. Calling me names such as ( New Bitch, Faggot, Retard, Asshole, Nasty girl, Baby girl, Naughty girl, Pink Ass, et.c.) After being in the nude and going through that for 30minutes I was handcuffed and a Lieutenant came in. He grabbed me by my neck rushed me accross the cell and slammed my head and face off the wall. He forced himself on me and whispered "Well my little Naughty girl, I hope you understand now how the B.O.P. and Hazelton works. Welcome to Hazelton. If I have to see you again for that lazy, disrespectful, "Oh I'm sick, Oh I'm sick" lathargic bullshit! Then it'll be a shame if you got killed back here or who knows maybe even raped? Shit happens. We find guys hanging in their cells often, hope you wont be one. HaHaHa. Now be a good Nasty girl and mind your own or Ill have to run up in that pretty little pink asshole of yours." Then they all laughed again. I was afriad then and now for my safty and my

T.C.S extement 1/2

life. I'm scared I may end up hurt, violated, or wind up dead. Never in my life have I expierenced treatment like this. To be humiliated, sexually harrassed and assaulted.

#(3) I wasn't allowed out of my cell for 50 plus days, I wasn't allowed to use the phone, email, or have recreation. I was denied access to reading matierals, commissary, law library, and information in regards to the public defenders office, and Justice department addresses. I was given one clean set of clothes and 2 showers to clean myself. I was never given anything to clean my cell. No staff would help or answer my request/copouts.

#(4) My mail to home keeps "Disappering" or Brought to me saying it cant go out ripped up or telling me it was "Destroyed". My legal mail is all copyied and is never opened in my presence. Its opened, then copied, then given to me. Theres no confidentiality or protection in place.

-Nicholas T. Biller
75902-061

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

Seek righteousness and justice against the staff/men who humilated and assaulted me. Protect me from other staff who might retailate against me. Move me to a safer location. Restatution/compesation for my ordeals, and how I was forced to live. Some type of relief on my current sentence.

SIGNED THIS 10th DAY OF Febuary 20 21.

*Nicholas T. Billiter*
SIGNATURE OF PLAINTIFF